TO:
Honorable Judge William M. Nickerson
Senior United States District Judge
United States District Court
101 W Lombard St,
Baltimore, MD 21201
RE: Case No: **WMN-14-750**
MALIBU MEDIA, LLC vs. ███████████ subscriber assigned IP address **68.33.27.132**

Dear Judge Nickerson:

I am receipt of your court order dated 3/13/14 and I wish to inform the court that the
Charges outlined in the order are false and have no basis in fact. I have never
downloaded the attached list of movies sighted in the attached documents filed with the
attorney for MALIBU MEDIA Mr. Jon A. Hoppe, Esquire; 1401 Mercantile Lane #105;
Largo, Maryland 20774. As I have looked into MALIBU MEDIA LLC on the Internet it is
apparently a filing designed to get monies from individuals that would rather settle than
go through the expense of going to court to defend these charges. On the Internet
currently there are hundreds of "hits" related to "Trolling for I.P.s" which is what this is
commonly known as.
Judge Nickerson. I am a father of 3 Teens and I haven't worked since 2008 due to
illness, I have heart condition. I have no income and I have no assets, my wife hasn't
worked since 2011 due to her bad knees and her back, I have no money to fight
MALIBU MEDIA, I cannot afford a lawyer, I am struggling feeding my kids let alone pay
a lawyer. Your Honor I am innocent and for the past 2 years I have been with my wife
almost 24 hours a day and night since we both at home and can assure you neither of
us has downloaded movies from MALIBU MEDIA, LLC or anywhere else.

My son plays wireless Xbox, and he often resets the router due to slow internet
problems or wireless Router being very slow for his Xbox. Many times he gets
frustrated and resets the Comcast Modem and the wireless router. By doing that the
wireless router becomes unprotected. I am surrounded by 10 homes the nearest home
is 15 feet from me, anyone could have used my wireless including individuals in the
street. Any time my wireless was unprotected, I would be unaware since I use a
desktop and not a laptop.

Your Honor, I have a record from Comcast of me complaining about Comcast Internet
being so "dead" slow and a Comcast technician came to my home and looked at
everything and found nothing telling me maybe there is too much traffic in my
neighborhood and there is nothing he can do.   So this could be an indication someone
else in my neighborhood is committing this crime by stealing my wireless. A study done
by Cnet.com, April 17, 2013, said even the best wireless router on the market today
could be hacked and exploited by a moderately skilled adversary with LAN or WLAN
access, Furthermore not only wireless routers are hacked, even Comcast Internet
modems are now "cloned" and sold for a onetime fee of $100 on Craigslist for *"free
internet forever"* they claim. Also the list is long on how to steal Internet now a days.

May 6-19 2014