AUGUGST 17TH, 2014

TO:
Judge William M. Nickerson
Senior United States District Judge
United States District Court
101 W Lombard St,
Baltimore, MD 21201
RE:  Case No:  WMN-14-750
MALIBU MEDIA, LLC vs. John Doe subscriber assigned IP address 68.33.27.132
CaseNumber   1:14-cv-00750-WMN

**Dear Judge Nickerson:**
Your honor, As I mentioned in my letter The very troubling thing I found that Malibu's Media porno clips appear in the wild all over the internet merely 4 to 10 minutes after the release to their website X-Art.com, and the X-Art's owners apparently know this and close their eyes and try to hide what's really going on with their shady business.? Now the big question who is behind the leaks of these movies that is given to many websites to be download by "infringers" all FREE.?  And to my surprise I read online that there is a mounting proof of the Germans themselves seeding the movies in order to lure people to their honeypot scheme.   The good question now….Why the forensic the Germans experts who once  got thrown out by a Berlin court  off shore outside  arms reach of US law???

I do not trust anyone associated with Malibu Media Lipscomb's division of Germans Guardaley. Therefore I'm not confident that the Germans won't find a way to maintain the lawsuit, ramping up the legal costs and increasing the pressure to settle, even if no evidence of infringement is found.

WHY Malibu Media doesn't go after the owners of the sites distributing their movies for FREE ?? Instead Malibu Media is going after the infringers pirating its movies from websites rather than the person who is distributing , "seeding " etc… ,because all the BIG money COMES FROM THE "infringers."  And not from websites owners.

If you do a Google search, you will see 100's upon 100's of websites offering free download of X-Art Malibu Media contents.   If Malibu Media fights and stops the ""seeders"" or "distributors" of their movies, then piracy and downloading of their movies would STOP and the lawsuits would cease. So the question is - - "Does Malibu Media  really want the piracy to stop?"   The answer is big <u>NO</u>.   They love pirates, pirates are their bread and butter, they want to build up information on pirates ... and they encourage the continued downloading of their work through the many internet sites . The point is "stopping" "piracy" would put them out of business.  They do not make efforts to remove the links from where people download their contents, because they want people to continue downloading to be able to sue.  So their strategy is to get personal information of the accused down loaders through the legal process, and then try to reach an agreement with them for a few thousand dollars.

The system works well, the accused find the settlement amount is usually cheaper than hiring a lawyer to defend them.   In addition, many are unwilling to have their names registered in a lawsuit for downloading porn movies.  It is all a well calculated scam and currently  IT IS LEGAL.

*Attached Examples of free download of malibu media movies*

About 984,000,000 results (0.33 seconds)

### xart Free Sex Videos - Watch xart Porn Tube :: Youporn
www.youporn.com/porntags/xart/
Free xart sex videos are all over Youporn. ... Make You Porn your xart Porntube. ...
Xart.com is known to feature xart videos, but You Porn has gone a step further ...
Caprice - 33 - 34

### X-Art - Inside Perfection - Free Porn Videos - YouPorn
www.youporn.com/watch/8180150/x-art-inside-perfection/
Watch X-Art - Inside Perfection at YouPorn.com - YouPorn is the biggest free porn tube site on the net!

### xart videos, page 1 - XVIDEOS.COM
www.xvideos.com/tags/xart
XVIDEOS xart videos, page 1 free. .. BIGGER and BETTER than the others... X VIDEOS.COM. Over 3000 new free porn videos / day. New Videos - Best Videos ..

### X-art/Sex Art favorite list, page 3 - XVIDEOS.COM
www.xvideos.com/favorite/258729/x-art_sex_art/2
XVIDEOS X-art/Sex Art favorite list, page 3 free. ... BIGGER and BETTER than the others... XVIDEOS.COM. Over 3000 new free porn videos / day. New Videos ...

### X-Art Galleries - Free xart erotic pictures and videos - Nude ...
www.xartgalleries.com/
x-art galleries contains free sets of gorgeous and sensual xart models and babes in ultra sexy nude erotica pictures and HD videos.

### Tifanny - My Pleasure (Best video with tender beauty by X-Art)
lubiekiedy.com/:...Nideo-3081-tifanny-my-pleasure-best-video-with-tend...
Tiffany Thompson.bed.couple,love.making love,orgasm,petting,porn,sensual, tender,video.X-Art.

### Erotica Obsessed free video preview of xart videos
eroticaobsessed.com/x-art/xart-videos
Looking for xart videos for free. Erotica Obesessed only offers a free glimpse into the premium collection of classy porn by xart.com.

### Angelica X Art com HD 720 all sex - Free Porn - XXX Tube
www.xvideosx.us/angelica-x-art-com-hd-720-all-sex-272.html
Apr 2, 2014 - Video : Angelica X Art com HD 720 all sex. Views : 16130 Time : 18:18
dk. Explanation : Angelica X Art com HD 720 all sex porns. Angelica X ...

Page 12 of about 801,000,000 results (0.39 seconds)

### Download X-Art - Lovers Way - Julie [1080p].mp4 torrent
www.torrentreactor.net/torrents/.../X-Art-Lovers-Way-Julie-1080p-mp4 ▼
12 hours ago - **Download X-Art** - Lovers Way - Julie [1080p].mp4 from Torrent Reactor torrents database or ... Direct Download. **X-Art** ... You need a **free** client.

### X Art hd Videos
www.xarthdvideos.com/ ▼
Feb 25, 2013 - **X-Art** features beautiful, explicit, HD erotic videos that **will** absolutely blow your mind! Visit **X-Art** today .Free Nude Pictures of Izzy **X Art** from X ...

### x art models 2014 | Queen of torrents search!
www.queentorrent.com/x-art-models-2014 ▼
25+ items - torrents search results for: **x art models 2014**. Category. ↓ Title ...

| Title | Size |
|---|---|
| X-Art - Model Couple on Vacation (2013) [1080p] mp4 | 673.20 MB |
| X-Art - Model Couple on Vacation - Jessica [1080p] mov | 673.20 MB |

### Download free x art video watch anal porn videos free in ...
www.analhde.com/free+porn/986804/Download-free-x-art-video.html ▼
**Download free x art video** watch porn **Download free x art video free** anal porn **DOWNLOAD FREE X ART VIDEO** porn videos **Download free x art video** sex ...

### x-art movies mp4downlod - Download free movies torrents
moviesontorrent.com/query.php?q=x-art+movies+mp4downlod ▼
**Download x-art movies mp4downlod** - **Download free movies torrents movies torrents** from a **movies torrents** database.

### Free Fonts Download
www.ffonts.net/ ▼
**Art** Deco **Fonts**(2); **Art** Nouveau **Fonts**(1); Asian **Fonts**(540); Basic **Fonts**(19); Broken **Fonts**(290); Calligraphic **Fonts**(191); Capitals **Fonts**(651); Cars **Fonts**(25) ...

### Free Hardcore X Art Videos and Galleries
www.sweetcollegegirls.com/sites/x-art/ ▼ /
**Free X Art** videos featuring their exclusive erotic hardcore porn that you can only find at **X-Art**.

Page 11 of about 801,000,000 results (0.51 seconds)

### X Art Models | Anal - Free Pictures and Videos
www.xartmodels.com/tag/anal/ ▾
This gorgeous, acrobatic and sexual couple can only be found on X-Art. Lucky for ...
Now they are together again and showing us their true selves (Only at X-Art)!

### Free x-art movies download websites - downloadx-art ...
metricskey.com/free/free-x-art-movies-download/ ▾
Look at most relevant Free x art movies download websites out of 334 Million at
MetricsKey. Free x art movies download found at worldoffiles.net. ...

### X Art Julie hd 720 21 june 2014 Torrent Download ...
www.limetorrents.com/X-Art-Julie-hd-720-21-june-2014-torrent-47059... ▾
4 hours ago - Download X Art Julie hd 720 21 june 2014 torrent for free.

### X Art Movies Free Download - Free Download (92 files)
www.hotfilesearch.com/x-art-movies-free-download.html ▾
X-Art - Maryjane And Tommy | KingWhores.net | Free Porn Download Movies Clips
Galleries Pictures on Wupload Filesonic Fileserve UploadStation Netload ...

### Free eBook Torrents list - Ebookee: Free Download eBooks ...
ebookee.org/torrents.html ▾
... Removed: 2012-08-16 Brave 2012 - Download Brave 2012 watch free download. ...
2012-06-21 X-Art Susie Angie Dream Come True 88 Photos 4000 pixels - ...

### Free x-art download downloads
www.2000shareware.com/downloads/x-art/download/ ▾
Art of Illusion is a free, open source 3D modelling and rendering studio. Many of its ..
Fully Compatible With Mac OS X, Lion. Download Free Trial Version .

### Fonts2u.com free fonts
www.fonts2u.com/ ▾
Download free fonts for Windows and Macintosh. ... Windows XP - copy or move the
font file(s) to C:\WINDOWS\FONTS. Mac OS X - double-click the font file and ...

### x art mp3 track, download for free - Mp3-play.com
mp3-play.com/music/x+art ▾

## X-Art - News, Photos, Videos, Bio. Free music downloads at ...
mp3.com/artist/X-Art ▼ MP3.com ▼
Get news updates, watch videos, listen to X-Art radio on MP3.com.

## x-art.com Beautiful erotica 1080p Videos free download ...
pastebin.com/6Pgi1y6Q ▼
Sep 28, 2012 - x-art.com Beautiful erotica 1080p Videos free download
http://www.secureupload.eu/0dl2cfg2yrbr/x-art_addison_positively_in_love_1080.wmv ...

## ART-SHOP X-Lite - Free download and software reviews ...
download.cnet.com › ... › 3D Modeling Software ▼ Download.com ▼
★★☆☆☆ Rating: 2 - 10 reviews - Windows
Results 1 - 9 of 9 - ART-SHOP X-Lite is a software for sales points furniture, craftsmen
You can design your Kitchen, Bathroom, Cabinet and Office in 2D/3D in a ...

## Free 3g:download china x art - Town Full of Losers
townfulloflosers.com/e16/hk/free+3g+download+china+x+art.html ▼
Search on site: Free 3g download china x art. Search results: 50 articles (Search
results 1 - 10) : Download "Free 3g download china x art" [fast] - Download ...

## Connie x art waptrick » Download free movies soft, games ...
townfulloflosers.com/855/hk/connie+x+art+waptrick.html ▼
Results 1 - 10 - Download Connie x art waptrick for free from our website from
rapidshare, uploaded, mediafire Connie x art waptrick games, software, films. (X-Art) ...

## X-art Soundtrack - Free Mp3 Download - Downloads.nl
www.downloads.nl/music/X-art+Soundtrack
Results 1 - 10 of 40 - X-art Soundtrack - Free Mp3 Download - Downloads.nl

## Tag: x - art - Logo Vector Download Free (AI,EPS,CDR,SV...
seeklogo.com/tag.html?q=X+-+Art ▼
Tag: x - art | Archive of free downloadable vector brand, company, corporate logotypes
design. (AI, EPS, CDR, PDF, GIF, SVG)

Page 5 of about 801,000,000 results (0.29 seconds)

### 18+ X-Art Anneli - Miss Perfect 720p 220 MB MediaFire Movie
johndaroza.blogspot.com/.../18-x-art-anneli-miss-perfect-720p-220.html ▼
Download movies for free 18+ X-Art Anneli - Miss Perfect 720p 220 MB MediaFire Movie HD Movies. Anneli is back! Come and enjoy Miss Perfect in a beautiful ...

### Download Free X Art Porn Videos - SexPlayer.Mobi
sexplayer.mobi/download-free-x-art-porn-videos.html ▼
Description: download free x art porn videos, download free x art porn videos porn, download free x art porn videos sex, download free x art porn videos xxx, ...

### Download Free X Art Videocom , Download Free X Art ...
xnxx.mobi/download-free-x-art-videocom.html ▼
Jun 6, 2014 - Download Free X Art Videocom free porn,Download Free X Art Videocom xnxx, Download Free X Art Videocom xnxxvideo,

### X Art Torrents - 1st RB
1strangers.forumotion.net/t86-x-art-torrents ▼
Apr 23, 2014 - X Art Torrents > tinyurl.com/mjvgowz X Art Torrents, Naughty America - My First Sex Teacher ... counter strike 2.6 free download full version

### X-Art Sex with a supermodel | Redtube Free Teens Porn ...
www.redtube.com/65414 ▼
Watch X-Art Sex with a supermodel on Redtube, home of free Teens porn videos starring Tiffany Thompson. ... Download Embed Flag. What do you think of this ...

### X-Art - Free Download and Stream - Putenbrust.net
putenbrust.net/files.php?cat=149 ▼ Translate this page
x-art.com bietet Ihnen wunderschoene. freizuegige erotische Filme und Fotografie - gefilmt in High Definition von Brigham Field und anderen top Fotografen.

### Download Free Sex Sites Videos for Phone in 3GP
video.freex.mobi › Categories ▼
Download for FREE the best SEX SITES 3GP VIDEOS to your PHONE or Smartphone (Android ... video.freex.mobi (english) ... Little Caprice X-Art videos (10:00).

## X Art Torrents - 1st RB
1strangers.forumotion.net/t86-x-art-torrents ▼
Apr 23, 2014 - X Art Torrents > tinyurl.com/mjvgowz X Art Torrents, Naughty America - My First Sex Teacher ... counter strike 2.6 **free download** full version

## X-Art Sex with a supermodel | Redtube Free Teens Porn ...
www.redtube.com/65414 ▼
Watch X-Art Sex with a supermodel on Redtube, home of free Teens porn videos starring Tiffany Thompson. ... Download Embed Flag. What do you think of this ...

## X-Art - Free Download and Stream - Putenbrust.net
putenbrust.net/files.php?cat=149 ▼ Translate this page
x-art.com bietet Ihnen wunderschoene, freizuegige erotische Filme und Fotografie – gefilmt in High Definition von Brigham Field und anderen top Fotografen.

## Download Free Sex Sites Videos for Phone in 3GP
video.freex.mobi › Categories ▼
Download for FREE the best SEX SITES 3GP VIDEOS to your PHONE or Smartphone (Android ... video.freex.mobi (english) ... Little Caprice X-Art videos (10:00).

## x art dillion harper Torrent Downloads - download free ...
www.torrentdownloads.co/search/all/x+art+dillion+harper/ ▼
Mar 25, 2014 - Download x art dillion harper Torrents for free, Download via Bittorrent clients.

## Download page - Context Free Art
www.contextfreeart.org/mediawiki/index.php/Download_page ▼
Jump to Macintosh OS X - Context Free 3.0.7 (v39) (944kB) for Mac OS X 10.7 and later. Just copy the application from the disk image to your Applications ...

## Download For Free Header Art | The Blog Boutique
theblogboutique.com/tag/download-for-free-header-art/ ▼
For this post I've created solid header backgrounds in a variety of colors which measure 940 x 198 pixels, sized to fit the WordPress Twenty-Ten theme. With so ...

### Make Pixel Art.com
makepixelart.com/free/
To save drawings, draw offline and much more, get the full version today. X ... Upload your drawing to MakePixelArt.com anonymously then blog it, download it, and tweet it for everyone to see. ... Welcome to the free version of Make Pixel Art.

### X-Art.com --- Private Tutor - XNXX.COM
www.xnxx.com/video804333/x-art.com_---_private_tutor
X-Art.com --- Private Tutor free sex video. ... Your free Porn Video is now loading... :-) ... Sex video sponsored by X-Art (click here to download more of this porn): ...

### Video from X-art: Happy Couple / X-Art XXX Tube Channel
www.tubecup.com/channel/x-art/170807/
Feb 9, 2014 - X-Art features beautiful, explicit, HD erotic videos that will absolutely blow ... Visit X-Art today for over 100 gorgeous . ... You can only watch 10 videos for free within 24 hours. ... Share this; Add to favorites · Download: 5 Like!22.

### download free x art porno - Adult Dump
www.yourxgirls.com/porn-links/download-free-x-art-porno.html
download free x art porno - Watch Free DOWNLOAD FREE X ART PORNO XXX Tube - Mobile Porn - 3GP Porn - Android Porn - Search Result At ...

### 190 Free Art-deco Fonts · 1001 Fonts
www.1001fonts.com/art-deco-fonts.html
We have 190 free art-deco fonts to offer for direct downloading - 1001 Fonts is your favorite site for free fonts since 2001.

### X Art Newlyweds Caprice 720p - InFamous - Free forums
infamouschicago.forumotion.com/t192-x-art-newlyweds-caprice-720p
Apr 19, 2014 - c18a082122. S8 BiNGaMeS Ru part15 rar download full film jet li sub indo.3gp. Simulator CNC (Heidenhain iTNC 530 machines SinuTrain ...

### X Japan - Art Of Life: Free MP3 Download
beemp3s.org/download.php?file=3443088&song=Art+of+Life
X Japan - Art of Life mp3 download, X Japan - Art of Life mp3, Art of Life mp3. Duration: 00:29:00 Filesize: 33.98 Mb. Listen Embed and Download X Japan - Art ...

### Free X-art.com Porn Videos and Recently Added Free Sex ...
www.keezmovies.com/keyword/x-art.com
Hottest collection of Recently Added X-art.com free porn videos! KeezMovies.com, where you can fully enjoy the best X-art.com Porno XXX collection with hot ...

### X-Art Of Illusion Free Download - Softpedia
www.softpedia.com › ... › Portable Software › Multimedia › Graphics ▾
Oct 28, 2012 - Download X-Art Of Illusion - Lightweight and open-source application which enables you to easily create 3D models and animate them, using ...

### X-Art | RapidShare, Netload XXX Free Porn Download Blog ...
naked-sluts.us/category/clips/art/xart/page/2/. ▾
May 17, 2014 - Watch Keira's clothes come off as the pleasure heightens, and take extra delight in the INCREDIBLE blow job skills of this new X-Art beauty.

### x art celebrity - homepage Porn, homepage Sex, homepage ...
www.vlsb.net/x-art-celebrity.html ▾
May 18, 2014 - x art celebrity - Watch porn and sex movies. ... x art celebrity view or download the full hd porn video.Google. Please install Adobe Flash Player ...

### Free X-Art Porn Videos Download | Movies HD Porn xXx
www.movies-porn-xxx.com › PaySite › Free Download Porn › PaySite ▾
1 day ago - Download X-Art Free Porn Sex Videos & Pussy Movies. New Free Porn Movies Every Day. Porn Full Siterips - Movies HD Porn xXx.

### XArt 3gp | teen | 3gp porn free videos - freeiphonesex.info
freeiphonesex.info/details/xart/342196 ▾
XArt 3gp porn in teen category, and more 3gp free mobil porn. free mobile porn, teen,teens,teens porn video,teens porn,babes,sexy ... Download 3gp porn».

### X-Art Sex Videos at FreeOnes (3 Free Porn Videos)
www.freeones.com › X Babes › X-Art ▾
X-Art Pictures And Movies at Freeones. ... No bullshit only links to free sites! ... Download and stream the porn videos using your free myFreeOnes account

### Xart - Free Porn Pics - Pichunter
www.pichunter.com/tags/Xart ▾
Free Xart porn pics on Pichunter. a safe, private, and trusted porn site.

### X-Art - Tiffany - California Dreams - TNAFlix Porn Videos
www.tnaflix.com/hardcore-porn/X-Art-Tiffany.../video277648 ▾
Sponsored Video From: x-art ... Flash Player 10 or greater is required to view the movies on this website, You can get it for free from Adobe by clicking this link.

### x art celebrity - homepage Porn, homepage Sex, homepage ...
www.vlsb.net/x-art-celebrity.html ▼
May 18, 2014 - **x art celebrity** - Watch porn and sex movies. ... **x art celebrity** view or **download** the full hd porn video..Google. Please install Adobe Flash Player ...

### Free X-Art Porn Videos Download | Movies HD Porn xXx
www.movies-porn-xxx.com › PaySite › Free Download Porn › PaySite ▼
1 day ago - **Download X-Art Free** Porn Sex Videos & Pussy Movies. New **Free** Porn Movies Every Day. Porn Full Siterips - Movies HD Porn xXx.

### XArt 3gp | teen | 3gp porn free videos - freeiphonesex.info
freeiphonesex.info/details/xart/342196 ▼
**XArt** 3gp porn in teen category, and more 3gp **free** mobil porn, **free** mobile porn. teen.teens,teens porn video,teens porn,babes,sexy ... **Download** 3gp porn».

### X-Art Sex Videos at FreeOnes (3 Free Porn Videos)
www.freeones.com › X Babes › X-Art ▼
**X-Art** Pictures And Movies at Freeones. ... No bullshit only links to **free** sites! ... **Download** and stream the porn videos using your **free** myFreeOnes account

### Xart - Free Porn Pics - Pichunter
www.pichunter.com/tags/Xart ▼
**Free Xart** porn pics on Pichunter, a safe, private, and trusted porn site.

### X-Art - Tiffany - California Dreams - TNAFlix Porn Videos
www.tnaflix.com/hardcore-porn/X-Art-Tiffany...video277648 ▼
Sponsored Video From: **x-art** ... Flash Player 10 or greater is required to view the movies on this website. You can get it for **free** from Adobe by clicking this link.

### free download x-art japan teen busty fuck HD Mobile Porn
www.hdmobile.mobi/free-download-x-art-japan-teen-busty-fuck.html ▼
**free download x-art japan teen busty fuck Download** mobile sex 3gp, **free download x-art japan teen busty fuck** mobile porn. **free download x-art japan teen ...**

### Download Album Artwork Assistant for Mac - Finds album art ...
www.macupdate.com/app/mac/29769/album-artwork-assistant ▼
Finds album **art** and adds it to your iTunes library. **Free**. Add to my Watch List Email me ... **Download Album Artwork** Assistant 2.7 (for Mac OS X 10.4.x or 10.5.x).

Case 1:14-cv-00750-WMN Document 16 Filed 08/21/14 Page 11 of 15

### X-Art - Young & Hot - xHamster.com
xhamster.com/movies/1286237/x_art_young_amp_hot.html ▾
Watch X-Art - Young & Hot at xHamster.com! Skinny ... **Download** video (234 Mb).
Share or Embed .... 2007-2014 xHamster.com - Daily **Free** Porn Videos!

### Tiffany Thompson - Erotic Beauties
www.eroticbeauties.net/model-442/tiffany-thompson/ ▾
Recommended Erotica. **Free** porn, reviews, sex cams and more ... Beautiful Erotica by
Brigham Field. Ultra-sexy erotica from X-**Art** · X-**Art** ... **Art** Nudes (2011)

### x-Art Tube Videos and Pictures
www.x-art.us/ ▾
x-**Art** tube videos and photos are clearly the kings of hardcore erotica online. ... xArt
Videos and **Free** Pictures – x-art.us · x-**Art**.com Discount Join Link.

### x-art.com, x-art.com Porn, x-art.com Sex, x-art.com Free po...
www.mbrc.net/x-artcom.html ▾
Apr 24, 2014 - x-art.com view or **download** the full hd porn video.Google. Please install
Adobe Flash Player on your computer.

### HD Porn Videos | Xkeezmovies.com HD Free porn xxx
xkeezmovies.com/category/hd-porn-videos/ ▾
Joymii.com - Carmen... Posted by Guest. Joymii.com – Carmen **Art** of Squirt. 9:54. 1
Star 2 Stars 3 Stars 4 Stars 5 Stars (33 votes, average: 3.00 out of 5).

### Sex on the Beach (x-art.com). [free-torrents.org]. - Torrentz
torrentz.eu/388218bdfcf59a66c24ba5c0157682e9f09d0254 ▾
:[free-torrents.org].avi 0 torrent **download** locations. **Download** Direct Sex on the
Beach (x-art.com). [free-torrents.org].avi: Sponsored Link. Using BitTorrent is ...

### X Art Review | X-Art Pictures and Videos
xartfan.com/x-art-review/ ▾
Nov 26, 2013 - The Trailer: The Tour: X-**Art** is an erotic-art focused site with a twist: it
features ... of perfect women – that are **free** to watch and well worth checking out. ... For
starters, there's a 1920×1080 pixel WMV/MOV format **download** that ...

### Art Directors Toolkit | Graphic Design Utilities for Web and ...
www.code-line.com/artdirectorstoolkit/ ▾
**Art** Directors Toolkit (ADT) is the "Designer's On-screen Toolset" for Artists and
Designers working ... **Download** our **free** 15-use demo for Mac OS X (10.5–10.9) ...

Page 9 of about 801,000,000 results (0.40 seconds)

### Addison X-Art video free video - Eros Berry
www.erosberry.com/videos/addison-x-art-video ▾
Addison X-Art video on ErosBerry. Watch this erotic video for free!

### Free Xart Mobile Porn Videos - All Mobile Porn
www.allmobileporn.com/mobile-xart-porn/1 ▾
Want Free Mobile Xart Porn? AMP Porn Tube is the biggest free mobile porn site with over 250000 XXX mobile porn videos & pix. Download and watch free ...

### Free xart.com free video download iPhone Sex, free Mobil...
www.mobilefreepornvideo.com/.../xart.com-free-video-download.html ▾
Free xart.com free video download iPhone Sex, free Mobile 3gp xart.com free video download Porn videos, Mobil sex xart.com free video download, teen sex ...

### URL Galleries - A free gallery blog - URLGalleries.net
www.urlgalleries.net/?q=clover&t=10 ▾
Tags: x-art zipfile download clover introducing [zip] [ View Gallery ... Free Download [X-Art] 2013-01-02 Clover - Introducing Clover (x113) 4000. Categories: ...

### Fine Art Teens - X-Art galleries
fineartteens.com/site/37 ▾
Fine Art Teens - X-Art galleries. ... Little_Caprice from X-Art · Caprice Floating ...... Latest Ones · Free X Cafe · Met Art Z · ExGirlfriend Market · Top 100 Nude.

### Leila X-art free porn movies - watch and download Leila X ...
tubelib.com/db/Leila%20x-art/ ▾
Find Leila X-art and watch fo free, Leila X-art porn movies, at free porn search engine tubelib.com.

### X Art free porn movies - watch and download X Art porn for ...
tubelib.com/db/X%20Art/ ▾
Find X Art and watch fo free, X Art porn movies, at free porn search engine tubelib.com.

### Free erotic pictures from X Art - God's Art Nudes
godsartnudes.com/galleries/X+Art/1 ▾

### Free xart.com free video download iPhone Sex, free Mobil...
www.mobilefreepornvideo.com/.../xart.com-free-video-download.html ▼
Free xart.com free video download iPhone Sex, free Mobile 3gp xart.com free video download Porn videos, Mobil sex xart.com free video download, teen sex ...

### URL Galleries - A free gallery blog - URLGalleries.net
www.urlgalleries.net/?q=clover&t=10 ▼
Tags: x-art zipfile download clover introducing [zip] [ View Gallery ... Free Download [X-Art] 2013-01-02 Clover - Introducing Clover (x113) 4000. Categories: ...

### Fine Art Teens - X-Art galleries
fineartteens.com/site/37 ▼
Fine Art Teens - X-Art galleries. ... Little_Caprice from X-Art - Caprice Floating ......
Latest Ones · Free X Cafe · Met Art Z · ExGirlfriend Market · Top 100 Nude.

### Leila X-art free porn movies - watch and download Leila X ...
tubelib.com/db/Leila%20x-art/ ▼
Find Leila X-art and watch fo free, Leila X-art porn movies, at free porn search engine tubelib.com.

### X Art free porn movies - watch and download X Art porn for ...
tubelib.com/db/X%20Art/ ▼
Find X Art and watch fo free, X Art porn movies, at free porn search engine tubelib.com.

### Free erotic pictures from X Art - God's Art Nudes
godsartnudes.com/galleries/X+Art/1 ▼
Free erotic galleries from X Art; nude pics and photos.

### X-Art Video and Picture Galleries at xarthub.com
www.xarthub.com/ ▼
Xarthub.com brings you the latest X Art videos and pictures. Enjoy the ... PLAYBOY. Free pictures and movies of the hottest Playboy Playmates and Cybergirls.

### x art china videos - onitx
www.onitx.org/x-art-china-videos.html ▼
Apr 17, 2014 - x art china videos - Watch HD Porn videos and Free sex movies. ... x art china videos view or download the full hd porn video.Google.



| x-art site:rssing.com |

Web   Videos   Images   News   Shopping   More ▼   Search tools

About 33,300 results (0.12 seconds)

### Erotic Models HD Video & Images Sets Free » X-Art
erotic731.rssing.com/chan-16493990/all_p1.html ▼
Free Download: X-Art 2013-06-04 – Baby – Good Morning Baby – FullHD Video (
Uploaded) | (RapidGator) HDV Part 2: (Uploaded) | (RapidGator) Incoming ...

### 16493990 - Rssing.com
erotic731.rssing.com/chan-16493990/latest.php ▼
(Free Download: X-Art 2014-05-23 Caprice & Carrie – Two By Two (HD Video) ...
05/27/14--01:35: X-Art 2014-05-24 Caprice & Carrie – 2 By 2 (chan 16493990).

### TheTeenBay » X – Art - Rssing.com
theteenbay101.rssing.com/chan-26331512/latest.php ▼
Download Free Porn X-Art – Caprice Double Tease – HD 579 MB / 00:17:44 / 1280 ...
04/19/14--06:19: X-Art – Susie, Angelica & Heidi – Group Sex – HD (chan ...

### X-Art Pictures and Videos » Panties - 11280248 - Rssing.com
unloverlike20.rssing.com/chan-11280248/all_p1.html ▼
03/26/13--08:31: X-Art Her First Threesome Featuring Erica and Stacy (chan ... Cute
blonde Stacy stars in her very first threesome, only on X-Art! Stacy has never ...

### X-Art Pictures and Videos » Petite - Rssing.com
petite371.rssing.com/chan-11423495/all_p1.html ▼
Best described as an exalted moment of sexual ecstasy – Francesca and her cute
brunette friend Capri roll around in bed and make passionate love to each ...

### Porn2You.org | HD Porn DDL » X-Art - Rssing.com
harsh-blustering23.rssing.com/chan-12475789/all_p2.html ▼
Kaylee Loves X-Art! She even wrote it on the chalk board in her Madrid apartment.
Another super fun video from this amazing couple. Genre: X-Art Parts: 2 ...

### X-Art Pictures and Videos » blowjob - Rssing.com
blowjob461.rssing.com/chan-11327439/latest.php
It's Christmas vacation and Leila and Carmen have a few weeks of tropical fun planned.
Both girls attend college in the United States, but Leila is from Hungary ...

| Web | Videos | Images | News | Shopping | More ▼ | Search tools |

Page 13 of about 801,000,000 results (0.32 seconds)

### X-Art - angelica introducing - angelica.mov - download free ...
www.general-files.org/download/.../X-Art%20-%20angelica%20introduc... ▼
Mar 24, 2014 - Fast free download of X-Art - angelica introducing - angelica.mov from 4shared.com. 242.74 Mb video was added on 31 Jan 2013 - found on ...

### Free vector icons for you to download now - Creative Bloq

www.creativebloq.com/.../free-vector-icons-you-download-now... ▼
by Sammy Maine - in 74 Google+ circles
2 days ago - Vecteezy is packed full of vector icons, patterns and vector art so be sure to check out the site in its entirety. For now, enjoy this absolutely free ...

### X Art - Watch Me Cum - Katrina - Free Streaming Porn ...
www.pornexa.com/porn/free/3005/.../X-Art--Watch-Me-Cum--Katrina/ ▼
Watch 20 year old Katrina from Czech Republic ,a.k.a Nessa Devil, in bed with Marc having passionate sex with music playing in the background.

### Outstanding Free X Art Videos
xartadultvideos.blogspot.com/ ▼
Feb 12, 2013 - ... new study results show that watching x art videos and movies with ... favorite movies which can be seen online or downloaded free of charge.

### Recently Updated Pixel Art Minecraft Projects on ...
www.planetminecraft.com › Resources › Projects › Recently Updated ▼
pixel art. 1 diamonds 76 views 24 downloads 0 comments 0 favorited. Posted 06/21/2014 ... x 1. Project. Pixel Art Gallery + Statue. 3 diamonds 80 views 11 downloads 3 comments .... Skilled developer working for free? Afraid not bro =/.

### Desktop Wallpapers, Free Desktop Backgrounds ...
wallpaperscraft.com/ ▼
WallpapersCraft — Over 90K HQ Wallpapers. Download Free HD Desktop Backgrounds and Widescreen Wallpapers for your Computer, Notebook, Tablets and ...

### Sonic Dash - Android Apps on Google Play
https://play.google.com/store/apps/details?id=com.sega... ▼ Google Play ▼
★★★★☆ Rating: 4.5 - 931,431 votes - Free